# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL L. YOUNG,<br>**Plaintiff(s),**<br><br>vs<br><br>JASON B. GRIFFITH, et al.,<br>**Defendants,** | **CIVIL NO.** 20-CV-449-JPG<br><br>**CJRA TRACK:** B<br><br>**JURY TRIAL:** July 19, 2021<br><br>**JUDGE:** J. Phil Gilbert |

## SCHEDULING AND DISCOVERY ORDER

Depositions upon oral examination, interrogatories, request for documents, and answers and responses thereto shall not be filed unless on Order of the Court. Disclosures or discovery under Rule 26(a) of the Federal Rules of Civil Procedure are to be filed with the Court only to the extent required by the final pretrial order, other order of the Court, or if a dispute arises over the disclosure or discovery.

Having reviewed the Report of the Parties and finding that the parties have complied with the requirements of Federal Rule of Civil Procedure 26(f) and SDIL-LR 16.2(a), the Court hereby approves and enters the Proposed Scheduling and Discovery Order as submitted by the parties/as modified at the Pretrial Scheduling and Discovery Conference.

A Final Pretrial Conference is set for July 7, 2021, at 9:00 a.m. with a Jury Trial date of July 19, 2021, at 9:00 a.m. before the Honorable J. Phil Gilbert in Benton, IL.

**IT IS SO ORDERED.**

DATED:  September 18, 2020

*/s/ J. Phil Gilbert*
_____

J. PHIL GILBERT
United States District Judge