# ILLINOIS TRAFFIC CRASH REPORT

**Sheet** 1 **of** 2 **Sheets**

**AGENCY CRASH REPORT NO.** 12-17-00438

**YR** 2017 **DATE OF CRASH** 7/4/2017 **TIME** 02:35 PM

**NUMBER MOTOR VEHICLES INVLD** 2

**LARS CODE** — **LARS CODE** —

**TYPE OF REPORT:** ☒ ON SCENE / ☐ NOT ON SCENE (DESK REPORT) / ☐ AMENDED

**DAMAGE TO ANY ONE PERSON'S VEHICLE / PROPERTY:** ☐ $500 OR LESS / ☐ $501-$1,500 / ☒ OVER $1,500

**A** No Injury / Drive Away ☐
**B** Injury and/or Tow Due To Crash ☒

**INVESTIGATING AGENCY:** ISP
**ADDRESS NO.** — **HIGHWAY or STREET NAME:** I70
**AT INTERSECTION WITH:** (NAME OF INTERSECTION OR ROAD FEATURE) MILE POST 131

**City** ☐ **Township** ☒ **COUNTY** CLARK
**INTERSECTION RELATED:** Y ☐ N ☒
**PRIVATE PROPERTY:** Y ☐ N ☒
**HIT & RUN:** Y ☐ N ☒

| | DRAC | PEDV | TRFD | TRFC | WEAT | DRVA | VIS | VEHD | LGHT | COLL | MANV | PPA | PPL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| U1 | 1 | | 1 | 1 | 1 | 99 | 1 | 1 | 1 | 12 | 13 | 2 | |
| U2 | 2 | | | | 1 | | 1 | 1 | | | | | |

## VEHICLE 1

**NAME** ☒DRIVER ☐PARKED ☐DRIVERLESS ☐PED ☐PEDAL ☐EQUES ☐NMV ☐NCV
GRIFFITH, JASON BENJAMIN (LAST, FIRST, MI)
**CIRCLE:** N E S W  **FT:** 0.25

**STREET ADDRESS:** 9625 NEW SAPULPA ROAD #34
**CITY:** SAPULPA **STATE:** OK **ZIP:** 74066
**TELEPHONE:** — **DRIVER LICENSE NO.** G080875731 **STATE** OK **CLASS** A **INJURY** 0 **EJECT** 1

**DATE OF BIRTH** 02/15/1975 **SEX** M **SAFT** 2 **AIR** 4

**VIN** 3AKJGLD57FSGP9361 **MAKE** FREIGHTLINE **MODEL** CONVENTIO **YEAR** 2015
**PLATE NO.** 2VK924 **STATE** OK **YEAR** 2018

**VEHICLE OWNER (LAST, FIRST M.I.)** GRIFFITH, JASON BENJAMIN
**OWNER ADDRESS (STREET, CITY, STATE, ZIP):** 9625 NEW SAPULPA ROAD #34, SAPULPA, OK 74066

**INSURANCE CO.** HUDSON INSURANCE COMPANY
**TELEPHONE** — **POLICY NO.** HMB200054

**DOORING WITH PEDALCYCLIST?** Y ☐ N ☒

**CIRCLE NUMBER(S) FOR DAMAGED AREA(S)**
00 - NONE
10 - UNDER CARRIAGE
11 - TOTAL (ALL AREAS)
12 - OTHER
99 - UNKNOWN

**POINT OF FIRST CONTACT** 7 / 2

FRONT ○ REAR
COM VEH # *
TOWED DUE TO CRASH ☒
FIRE ☐
CELLPHONE ☐
EXCEED SPEED LIMIT ☒

| | VEHU | RSUR | ALGN | | BAC | OCCS | POSTED SPEED LIMIT |
|---|---|---|---|---|---|---|---|
| U1 | 20 | 1 | 5 | | 96 | 1 | 70 |

## VEHICLE 2

**NAME** ☒DRIVER ☐PARKED ☐DRIVERLESS ☐PED ☐PEDAL ☐EQUES ☐NMV ☐NCV
YOUNG, MICHAEL LANE (LAST, FIRST, MI)

**STREET ADDRESS:** 3914 WINSTON DR
**CITY:** NEW PORT RICHEY **STATE:** FL **ZIP:** 34652
**TELEPHONE:** — **DRIVER LICENSE NO.** Y520552695640 **STATE** FL **CLASS** B **INJURY** 1 **EJECT** 4

**DATE OF BIRTH** 02/24/1969 **SEX** F **SAFT** 2 **AIR** 4

**MAKE** PONTIAC **MODEL** G6 **YEAR** 2007
**PLATE NO.** — **STATE** — **YEAR** —

**VEHICLE OWNER (LAST, FIRST M.I.)** YOUNG, MICHAEL LANE
**OWNER ADDRESS (STREET, CITY, STATE, ZIP):** 3914 WINSTON DR, NEW PORT RICHEY, FL 34652

**INSURANCE CO.** INFINITY INSURANCE COMPANY
**TELEPHONE** — **POLICY NO.** 1098105168010011

FRONT
REAR
COM VEH # *
TOWED DUE TO CRASH ☒
FIRE ☒
CELLPHONE ☒
EXCEED SPEED LIMIT ☒

| | VEHU | RSUR | ALGN | | BAC | OCCS | POSTED SPEED LIMIT |
|---|---|---|---|---|---|---|---|
| U2 | — | — | — | | 96 | 1 | 70 |

**TAKEN TO** REGIONAL HOSPITAL **EMS AGENCY** CASEY AMBULANCE

**PASSENGERS & WITNESSES ONLY** (NAME) / (ADDR) / (TEL)
KOPCZYNSKI, EUGENE D / 11500 E 191ST, NOBLESVILLE, IN 46060 / (317)697-7371
KOPCZYNSKI, DEBORAH S / 11500 E 191ST, NOBLESVILLE, IN 46060 / (317)697-7371

**DAMAGED PROPERTY OWNER NAME** — **CITY** — **STATE** — **ZIP** — **DAMAGED PROPERTY** —

**ARREST NAME** GRIFFITH, JASON BENJAMIN **SECTION** 5011601A **CITATION NO.** 0163235
**ARREST NAME** — **SECTION** — **CITATION NO.** —

**DATE POLICE NOTIFIED** 7/4/2017 **TIME NOTIFIED** 02:44 AM
**COURT DATE** 8/7/2017 **COURT TIME** 09:00 AM

**CONTRIBUTORY CAUSE(S):** PRIMARY 28 SECONDARY 20

**OFFICER NAME** S COLCLASURE **OFFICER ID.** 5566 **BEAT/DIST.** 12 **SUPERVISOR I.D.** B WAGGONER, 5244

**SEAT / AJST / EVNT / LOC**

| (UNIT) | (SEAT) | (AJST) | (EVNT) | (LOC) | (DOB) | (SEX) | (SAFT) | (AIR) | (INJ) | (EJCT) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | ☒ | 1 | 1 | 3/2/1958 | M | - | - | - | - |
| 1 | 2 | ☐ | 11 | 3 | - | - | - | - | - | - |
| 1 | 3 | ☐ | 1 | 1 | - | - | - | - | - | - |
| 2 | 1 | ☒ | 11 | 1 | 5/11/1958 | F | - | - | - | - |
| 2 | 2 | ☐ | 2 | 3 | - | - | - | - | - | - |
| 2 | 3 | ☐ | 1 | 1 | - | - | - | - | - | - |

**DID CRASH OCCUR IN A WORK ZONE?** Y ☐ N ☒
**IF YES, CHECK ONE BELOW:** ☐ CONSTRUCTION ☐ MAINTENANCE ☐ UTILITY ☐ UNKNOWN WORK ZONE TYPE

**WORKERS PRESENT:** Y ☐ N ☒

TC002 X00084190?



EXHIBIT B

A Diagram and Narrative are required on all Type B crashes, even if units have been moved prior to the officer's arrival.

**NARRATIVE (Refer to vehicle by Unit No.)**

Unit #1 and Unit #2 were eastbound on I70 at approximately 1/4 mile east of mile post 131. Unit #1 was traveling in the left, passing lane of I70. Unit #2 was traveling behind an unknown passenger vehicle behind Unit #1. A witness, Eugene Kopczynski was traveling by motorcycle on I70 behind all the Units. The witness stated that Unit #1 was driving in the left, passing lane for over 2 miles, and wouldn't move over.. He stated that the unknown passenger vehicle and Unit #2 attempted to pass Unit #1, at a high rate of speed, in the right, driving lane of I70. Unit #1 then came over into the right driving lane and struck Unit #2. A passenger/witness, Deborah Kopczenski did not see the crash, but did state that Unit #1 was driving in the left, passing lane for a long time, and wouldn't move over into the right, driving lane.
    Unit #1 driver stated the he was traveling eastbound on I70 and was passing another TT/ST, and he was in the left, passing lane. Unit #1 driver stated that he then attempted to enter into the right, driving lane of I70. Unit #1 driver then stated that Unit #2 appeared out of his blind spot and he struck Unit #2 in the rear driver's side.   Unit #2 driver stated the she was following an unknown passenger car and they were in the right, driving lane of I70, driving at 65 m.p.h.. Unit #2 driver said that Unit #1 was in the left, passing lane and would not go over to the right, driving lane. Unit #2 driver then attempted to pass Unit #1. Unit #2 driver said the unknown passenger vehicle, in front of her Unit, passed Unit #2. Unit #1 then struck her unit in the rear driver's side. Unit #2 driver then lost control of her Unit and left the highway to the right and overturned.   Unit #1 was pulling a 2006 Reitnouer semi trailer, bearing OK semi reg# 6647FJ. Vin# F48A257R017716. The semi trailer was not damaged in the crash.
At the crash scene I observed 4 separate tire friction marks ( 67'11", 64'3", 46'1" and 22'11" in length) starting at the white, eastbound fog line, 57'4" west of the reference point . The tire

**LOCAL USE ONLY**

| U 1 Color WHITE | U 2 Color GRAY |
|---|---|
| U 1 Towed by/to | U 2 Towed by/to Bennetts Wrecker Service / Bennetts Wrecke |

## COMMERCIAL MOTOR VEHICLE (CMV)

IF MORE THAN ONE CMV IS INVOLVED, USE SR 1050A ADDITIONAL UNITS FORMS.

A CMV is defined as any motor vehicle used to transport passengers or property and:
1. Has a weight rating of more than 10,000 pounds (example: truck or truck/trailer combination); or
2. Is used or designed to transport more than 15 passengers, including the driver (example: shuttle or charter bus); or
3. Is designed to carry 15 or fewer passengers and operated by a contract carrier transporting employees in the course of their employment (example: employee transporter – usually a van-type vehicle or passenger car); or
4. Is used or designated to transport between 9 and 15 passengers, including the driver, for direct compensation (example: large van used for specific purpose); or
5. Is any vehicle used to transport any hazardous material (HAZMAT) that requires placarding (example: placards will be displayed on the vehicle).

CARRIER NAME **MILLER TRUCK LINES LLC**
ADDRESS **4230 S ELWOOD**
CITY/STATE/ZIP **TULSA / OK / 74107**
USDOT NO. **125792**   ILCC NO. _____
Source of above info.  ☐ Side of Truck  ☒ Papers  ☐ Driver  ☐ Log Book
Gross Vehicle Weight Rating (GVWR) **80000**
Were HAZMAT placards displayed on the vehicle?  ☐ Y  ☒ N
If yes, name on placard _____   4-digit UN no. _____   1-digit Hazard Class no. _____
Did HAZMAT spill from the vehicle (do not consider fuel from the vehicle's own tank)?  ☐ Y  ☒ N  ☐ UNK
Did HAZMAT Regulations violation contribute to the crash?  ☐ Y  ☒ N  ☐ UNK
Did Motor Carrier Safety Regulations (MCS) violation contribute to the crash?  ☐ Y  ☒ N  ☐ UNK
Was a Driver/Vehicle Examination Report form completed?  ☐ Y  ☒ N  ☐ UNK
HAZMAT  ☐ Y  ☒ N  ☐ UNK  Out of Service?  ☐ Y  ☒ N  ☐ UNK
MCS  ☐ Y  ☒ N  ☐ UNK  Out of Service?  ☐ Y  ☒ N  ☐ UNK
Form No. **3836070739**

| IDOT PERMIT NO. | | | |
|---|---|---|---|
| TRAILER WIDTH(S): | 0-96" | 97-102" | WIDE LOAD? > 102" |
| TRAILER 1 | ☒ | ☐ | ☐  Y ☒ N |
| TRAILER 2 | ☐ | ☐ | ☐  Y ☒ N |
| TRAILER LENGTH(S): 1 **53** ft | | 2 _____ ft | |
| TOTAL VEHICLE LENGTH **65** ft | TRAILER 1 | TRAILER 2 | |
| | NO. OF AXLES **5** | | |

SELECT CODES FROM BACK COVER OF CRASH BOOKLET:
VEHICLE CONFIGURATION **5**
CARGO BODY TYPE **4**     LOAD TYPE **5**

# ILLINOIS TRAFFIC CRASH REPORT

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DRAC | PEDV | TRFD | TRFC | WEAT | DRVA | VIS | VEHD | LGHT | COLL | MANV | PPA | PPL | |
| U | 1 | 1 | 1 | 1 | U | U | U | 1 | 12 | 1 | U | U | |

**INVESTIGATING AGENCY:** ISP
**AGENCY CRASH REPORT NO.** 12-17-00438
**YR** 2017  **TIME** 02:35 PM
**NUMBER MOTOR VEHICLES INVLD** 2
**LARS CODE**
**TRFW** 2

**ADDRESS NO.** 170  **HIGHWAY or STREET NAME** MILE POST 131

**DAMAGE TO ANY ONE PERSON'S VEHICLE/PROPERTY:**
- ☒ $500 OR LESS
- ☐ $501 - $1,500
- ☐ OVER $1,500

**TYPE OF REPORT:**
- ☐ ON SCENE
- ☒ NOT ON SCENE (DESK REPORT)
- ☐ AMENDED

☒ A - No Injury / Drive Away
☐ B - Injury and / or Tow Due To Crash

**DATE OF CRASH:** 7/4/2017

☐ City  ☒ Township  **COUNTY** CLARK  CASEY TWP

**INTERSECTION RELATED** ☐Y ☒N
**PRIVATE PROPERTY** ☐Y ☒N
**HIT & RUN** ☐Y ☒N

☒ .25  (CIRCLE) FT / ⓜ  N Ⓔ S W  (CIRCLE)
**AT INTERSECTION WITH** _____ (NAME OF INTERSECTION OR ROAD FEATURE)

**DOORING WITH PEDALCYCLIST:** ☐Y ☒N

---

| | NAME ☐DRIVER ☐PARKED ☐DRIVERLESS ☐PED ☐PEDAL ☐EQUES ☐NMV ☐NCV | DATE OF BIRTH | MAKE | MODEL | YEAR | CIRCLE NUMBER(S) FOR DAMAGED AREA(S) 00-NONE 10-UNDER CARRIAGE 11-TOTAL (ALL AREAS) 12-OTHER 99-UNKNOWN | FRONT | Y N | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| U | (LAST, FIRST, MI) | mo / day / yr | PLATE NO. | STATE | YEAR | | | TOWED DUE TO CRASH | |
| N I T | STREET ADDRESS | SEX | SAFT | AIR | | | FIRE | | |
| 1 | CITY  STATE  ZIP | INJURY | EJECT | VIN | | | CELLPHONE | | |
| | | | | | | | EXCEED SPEED LIMIT | | |
| | TELEPHONE  DRIVER LICENSE NO. | STATE | CLASS | VEHICLE OWNER (LAST, FIRST M.I.) | | POINT OF FIRST CONTACT: REAR | COM VEH ☒ | | ROEF 1 |
| | TAKEN TO  EMS AGENCY | | | OWNER ADDRESS (STREET, CITY, STATE, ZIP) | | INSURANCE CO. | | | ALGN 5 |
| | TELEPHONE | | | | | TELEPHONE  POLICY NO. | | | RSUR |
| | (UNIT) (SEAT) (DOB) (SEX) (SAFT) (AIR) (INJ) (EJCT) | | | PASSENGERS & WITNESSES ONLY | (NAME) / (ADDR) / (TEL) | (HOSP) | (EMS) | | VEHU 1 |

---

| | NAME ☐DRIVER ☐PARKED ☐DRIVERLESS ☐PED ☐PEDAL ☐EQUES ☐NMV ☐NCV | DATE OF BIRTH | MAKE | MODEL | YEAR | CIRCLE NUMBER(S) FOR DAMAGED AREA(S) 00-NONE 10-UNDER CARRIAGE 11-TOTAL (ALL AREAS) 12-OTHER 99-UNKNOWN | FRONT | Y N | BAC |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| U | (LAST, FIRST, MI) | mo / day / yr | PLATE NO. | STATE | YEAR | | | TOWED DUE TO CRASH | |
| N I T | STREET ADDRESS | SEX | SAFT | AIR | | | FIRE | | |
| 2 | CITY  STATE  ZIP | INJURY | EJECT | VIN | | | CELLPHONE | | |
| | | | | | | | EXCEED SPEED LIMIT | | |
| | TELEPHONE  DRIVER LICENSE NO. | STATE | CLASS | VEHICLE OWNER (LAST, FIRST M.I.) | | POINT OF FIRST CONTACT: REAR | COM VEH ☒ | | #GCS |
| | TAKEN TO  EMS AGENCY | | | OWNER ADDRESS (STREET, CITY, STATE, ZIP) | | INSURANCE CO. | | | DRP |
| | TELEPHONE | | | | | TELEPHONE  POLICY NO. | | | |
| | (EVND) (MOST) (EVNT) (LOC) | | | DAMAGED PROPERTY OWNER NAME | | DAMAGED PROPERTY | | | |
| 3 | | | | PROPERTY OWNER ADDRESS | CITY | STATE | ZIP | | |
| 2 | | | | ARREST NAME | | SECTION | CITATION NO. | | |
| 1 | | | | ARREST NAME | | SECTION | CITATION NO. | | |

| CONTRIBUTORY CAUSE(S) | POSTED SPEED LIMIT | DID CRASH OCCUR IN A WORK ZONE? ☐Y ☒N |
|---|---|---|
| PRIMARY 28 | 70 | IF YES CHECK ONE BELOW: ☐ CONSTRUCTION ☐ MAINTENANCE ☐ UTILITY ☐ UNKNOWN WORK ZONE TYPE |
| SECONDARY 20 | | WORKERS PRESENT? ☐Y ☒N |

**OFFICER ID.** 5566  **OFFICER NAME** S COLCLASURE  **BEAT/DIST.** 12  **SUPERVISOR ID.** B WAGGONER, 5244

**DATE POLICE NOTIFIED** 7/4/2017  mo / day / yr  **TIME NOTIFIED** 02:44 ☐AM ☒PM
**COURT DATE** 8/7/2017  mo / day / yr  **COURT TIME** 09:00 ☒AM ☐PM

**TC002**  Sheet 2 of 2 Sheets  X00084190?

A Diagram and Narrative are required on all Type B crashes, **even if** units have been moved prior to the officer's arrival.

## COMMERCIAL MOTOR VEHICLE (CMV)

IF MORE THAN ONE CMV IS INVOLVED, USE SR 1050A ADDITIONAL UNITS FORMS.

A CMV is defined as any motor vehicle used to transport passengers or property and:
1. Has a weight rating of more than 10,000 pounds (example: truck or truck/trailer combination); or
2. Is used or designed to transport more than 15 passengers, including the driver (example: shuttle or charter bus); or
3. Is designed to carry 15 or fewer passengers and operated by a contract carrier transporting employees in the course of their employment (example: employee transporter - usually a van-type vehicle or passenger car); or
4. Is used or designated to transport between 9 and 15 passengers, including the driver, for direct compensation (example: large van used for specific purpose); or
5. Is any vehicle used to transport any hazardous material (HAZMAT) that requires placarding (example: placards will be displayed on the vehicle).

CARRIER NAME _____

ADDRESS _____

CITY/STATE/ZIP _____

USDOT NO. _____  ILCC NO. _____

Source of above info. ☐ Side of Truck ☐ Papers ☐ Driver ☐ Log Book

Gross Vehicle Weight Rating (GVWR) _____

Were HAZMAT placards displayed on the vehicle?  ☐ Y  ☐ N

If yes, name on placard _____

4-digit UN no. _____  1-digit Hazard Class no. _____

Did HAZMAT spill from the vehicle (do not consider fuel from the vehicle's own tank)?  ☐ Y  ☐ N  ☐ UNK

Did HAZMAT Regulations violation contribute to the crash?  ☐ Y  ☐ N  ☐ UNK

Did Motor Carrier Safety Regulations (MCS) violation contribute to the crash?  ☐ Y  ☐ N  ☐ UNK

Was a Driver/Vehicle Examination Report form completed?

HAZMAT   ☐ Y  ☐ N  ☐ UNK  Out of Service?  ☐ Y  ☐ N
MCS      ☐ Y  ☐ N  ☐ UNK  Out of Service?  ☐ Y  ☐ N

Form No. _____

IDOT PERMIT NO. _____  WIDE LOAD?  ☐ Y  ☐ N

TRAILER WIDTH(S):  0-96" ☐   97-102" ☐   > 102" ☐

TRAILER LENGTH(S):  TRAILER 1 _____ ft   TRAILER 2 _____ ft
TOTAL VEHICLE LENGTH _____ ft   NO. OF AXLES _____

SELECT CODES FROM BACK COVER OF CRASH BOOKLET:

VEHICLE CONFIGURATION _____

CARGO BODY TYPE _____  LOAD TYPE _____

---

**NARRATIVE (Refer to vehicle by Unit No.)**

friction marks continued in a southeast direction until the east grass edging of I70. Unit #2 then traveled approximately 1379'9" in a south east direction, overturning on it's top. Unit #2 final resting position was on it's top. Road Stamp 210+00 was used as a reference point.

---

**LOCAL USE ONLY**

U  Color _____   U  Color _____

U  Towed by / to _____   U  Towed by / to _____