IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL L. YOUNG,<br>**Plaintiff,**<br><br>vs<br><br>JASON B. GRIFFITH, et al.,<br>**Defendants.** | **CIVIL NO.** 20-CV-449-JPG<br><br>**CJRA TRACK:** B<br><br>**JURY TRIAL:** February 28, 2022<br><br>**JUDGE:** J. Phil Gilbert |

## AMENDED SCHEDULING AND DISCOVERY ORDER

Pursuant to Federal Rule of Civil Procedure 26(f) and SDIL-LR 16.2(a), an initial conference of the parties was held on September 4, 2020 with attorneys and/or unrepresented parties Jon Papin, David Abbey, and Jennifer Kennedy participating. After the initial conference, a Joint Report of Parties and Proposed Scheduling and Discovery Order was prepared. The Court entered the Scheduling and Discovery Order on September 18, 2020. In light of the challenges of Covid-19 to the parties, attorneys and court system, the case has not progressed as quickly as anticipated. Hence, the involved attorneys are providing this Supplemental Joint Report of Parties and Request for Amended Scheduling and Discovery Order and Presumptive Trial Month. Undersigned counsel has agreed that this case should properly be removed from the July 2021 trial calendar and rescheduled for trial during the month of February 2022.

SCHEDULING AND DISCOVERY PLANS HAVE BEEN DISCUSSED AND AGREED TO AS FOLLOWS:

1. Initial interrogatories and requests to produce, pursuant to Federal Rules of Civil Procedure 33 and 34 were served on opposing parties by Friday, October 16, 2020.

2. Plaintiff's deposition was taken on Monday, January 4, 2021.

3. Defendant's deposition shall be taken by Friday, June 18, 2021.

4. Motions to amend the pleadings, including the commencement of a third-party action, shall be filed by Friday, July 9, 2021.

5. Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

*Rev 12/19*

       Plaintiff's expert(s): Friday, February 12, 2021.
       Defendant's expert(s): Friday, April 16, 2021.  Defense medical exam will be completed within 60 days after mediation
       Third Party expert(s): N/A.

6. As a result of Covid-19 we were unable to mediate live as scheduled.  Parties have now agreed to mediate prior to Friday, June 4, 2021.  All parties and insurance carriers may attend remotely or live at their own option.

7. Depositions of expert witnesses must be taken by:
Plaintiff's expert(s): Friday, July 30, 2021.
Defendant's expert(s): Friday, August 27, 2021.
Third Party expert(s): N/A.

8. The parties **CERTIFY** that they have discussed, in particular, the proportionality of discovery, the burden and expense associated with discovery, and the discovery of electronically stored information (ESI). The parties ☐ do ☒ do not anticipate a need for an ESI protocol. The parties shall submit to the Court any joint proposed ESI protocol no later than N/A.  (The protocol shall contain mechanisms for addressing necessary topics concerning ESI to include sources of information, search terms, format of production and preservation of ESI by both Plaintiff(s) and Defendant(s)).

9. **Discovery** shall be completed by Friday, October 1, 2021 (which date shall be no later than **115 days** before the first day of the month of the presumptive trial month or the first day of the month of the trial setting). Any written interrogatories or request for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full **30 days** as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

10. Defendants Motion for Final Summary Judgment and Memorandum of Law was filed on January 15, 2021. The parties have agreed that Plaintiff's response to Defendants Motion for Final Summary Judgment and Memorandum of Law is due within 15 days after mediation.  The parties have also agreed that Defendants reply to Plaintiff's response to Defendants Motion for Final Summary Judgment and Memorandum of Law is due within 30 days after the mediation.  All other **dispositive motions** shall be filed by Friday, October 15, 2021 (which date shall be no later than **100 days** before the first day of the month of the presumptive trial month or the first day of the month of the trial setting). Dispositive motions filed after this date will not be considered by the Court.

11. The parties are reminded that, prior to filing any motions concerning discovery, they must first meet and confer relating to any discovery disputes and then contact the Court to arrange a telephone discovery dispute conference if they are unable to

*Rev 12/19*

resolve their dispute. If the dispute cannot then be resolved in the first telephonic conference, the Court will establish, with the input of the parties, the mechanism for submitting written positions to the Court on an expedited basis.

**A Final Pretrial Conference is rescheduled for February 9, 2022 at 9:00 a.m. with a Jury Trial date of February 28, 2022 at 9:00 a.m. before the Honorable J. Phil Gilbert in Benton, IL.**

DATED:  March 4, 2021

s/Jon C. Papin, Esquire (with consent)
Attorney(s) for Plaintiff(s)

s/David J. Abbey, Esquire
Attorney(s) for Defendant(s)

*/s/ J. PHIL GILBERT*
J. PHIL GILBERT
United States District Judge

*Rev 12/19*