UNITED STATES DISTRICT COURT
DISTRICT COURT FOR SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Michael L. Young | ) |
| | ) |
| | ) |
| | ) |
| | )   No. 20 cv 449 |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Jason B. Griffith, Miller | ) |
| Truck Lines LLC and BJJ | ) |
| Trailer Leasing LLC | ) |
| | ) |
| | ) |
| Defendants. | ) |

# Affidavit of Investigator Edward Ryan

My name is Edward Ryan and if called to testify under oath, subject to the penalties of perjury, based upon my personal knowledge, my testimony would be as follows:

1) As Chief Investigator, I have a master's degree in Criminology and 25 years' experience in the Chicago Police Department, with special training as an investigator.

2) I was injured in the line of duty and my injuries resulted in me having to retire from the Chicago Police Department.

3) I am a licensed private detective by the state of Illinois Number 115000932. In this capacity I have decades of experience in handling all types of investigations from insurance fraud, and personal injury to products liability and motor vehicle collisions.

4) Finding "missing" witnesses is something that I regularly do for both Plaintiff attorneys and the Defense bar.

5) On *January 13, 2021*, I was contacted by Jon Papin, an attorney whom I have worked with for years. I was asked to run Jason B. Griffith's driving record, which I did. His driving record only went back three years. I then ran a nationwide search, and more records came up. I reported this information back to Jon Papin.

1

6) On *March 18, 2021*, I was contacted again by Jon Papin. He asked me to locate Jason B. Griffith, whose last known address was in Sapulpa, Oklahoma.

7) Within 30 minutes of speaking with Jon, I spoke with Jason Griffith's mother who told me that her son lived in a trailer park located at 9625 New Sapulpa Road, in Sapulpa, Oklahoma. Which corresponded with the address I had for Jason Griffith in my private detective data bases.

8) In June and early July of 2021, I was in contact with Jon Papin a third time regarding Jason B. Griffith. Jon Papin wanted to know if Jason Griffith had gone underground or fallen off the grid.

9) I started this search regarding Jason B. Griffith using Google, which corroborated the information that I previously retrieved in March 2021.

10) Moreover, I called the number listed for Boomer Express and when the person answered, I asked Jason? The person who answered the phone responded, "yes".

11) Having verified that the phone number for Jason B. Griffith at Boomer Express was active, the phone call was terminated. I believe Jason Griffith answered the phone number listed for him at Boomer Express.

12) I also ran Jason B. Griffith through my private detective data bases and came up with the same information as I did in March 2021.

13) I reported the above information to Jon Papin and told him that Jason Griffith was easily findable using a Google search and encouraged him to try it.

14) From my private investigator database, I provided Jon Papin in July 2021 with the name and addresses of Jason B. Griffith's mother, ex-wife, and place of business as below:

- Mother, Lorena Faye Griffith 1509 North 9th Street, lot #34 Sapulpa Oklahoma and her phone number 918-902-4219.

- Ex-wife Dena Nicole Griffith and daughter Danielle, 826 Boyd Circle, Sapulpa, Oklahoma 74066 and phone number 918-902-4219.

- Jason Griffith, aka Boomer Express, 9625 New Sapulpa Road, Sapulpa, Oklahoma 74067, phone number 918-290-8942.

15) Private detective data bases are accessible to persons with the right credentials and private investigator licensure.

16) The Google information about Jason B. Griffith is accessible to anybody with a computer and a Google search engine.

Further Affiant Sayeth Not

*Edward Ryan* (signature)

Background Checks
Witness Statements
Insurance Fraud

Surveillance
Evidence Photos
Skip Tracing

**Edward Ryan & Associates**

Phone: (312) 618-0353
ryaneddy11@yahoo.com

Video Taping
Security Consultation

EDWARD RYAN
Licensed Private
Investigator
115000932

Subpoenas
Served

Subscribed and Sworn to before me this 10 day of August, 2021

*Mary Luther Del Rio* (signature)
Notary Public

MARY LUTHER DEL RIO
Official Seal
Notary Public - State of Illinois
My Commission Expires Dec 29, 2021

3