IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL L. YOUNG,

Plaintiff,

v.

JASON B. GRIFFITH, *et al*.,

Defendants.

Case No. 20-cv-449 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: November 29, 2021**        **MARGARET M. ROBERTIE, Clerk of Court**

                                                      **s/Tina Gray, Deputy Clerk**

**Approved:**    *s/J. Phil Gilbert*
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**